UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK MARINO, Individually and on Behalf of All Others Similarly Situated, | : CIVIL ACTION NO. 1:06CV00915 (RBW) |
| Plaintiff, | : |
| vs. | : |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. and EDS CORPORATION | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Adam T. Savett as counsel in this case for Plaintiff Frank Marino.

Dated: May 22, 2006              Respectfully submitted,

                                 　/s/ Adam T. Savett　
                                 Steven A. Skalet (D.C. Bar No. 359804)
                                 Cyrus B. Mehri (D.C. Bar No. 420970)
                                 Adam T. Savett (D.C. Bar No. 484254)
                                 Mehri & Skalet, PLLC
                                 1300 19th Street, NW; Suite 400
                                 Washington, DC 20036
                                 Telephone:   (202) 822-5100
                                 Facsimile:   (202) 822-4997
                                 E-mail:       asavett@findjustice.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

    /s/ Adam T. Savett
ADAM T. SAVETT

MEHRI & SKALET, PLLC
1300 19th Street, NW; Suite 400
Washington, DC 20036
Telephone:   (202) 822-5100
Facsimile:   (202) 822-4997
E-mail:   asavett@findjustice.com